UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cr-00105

**United States of America**

v.

**Monty Ray Jordan**

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on December 14, 2023, and issued a report and recommendation as to the disposition of this matter. Doc. 13. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 12.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant's supervised release is revoked and the court orders that defendant Monty Ray Jordan be sentenced to imprisonment for a term of 6 months with no further supervised release. The court recommends that the defendant serve his sentence at FMC Fort Worth, Texas, if available.

*So ordered by the court on December 20, 2023.*

J. CAMPBELL BARKER
United States District Judge